**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-31333 |
| | ) | CHAPTER 7 |
| ANOTHONY D. SCOTT | ) | |
| Debtor(s). | ) | JUDGE LASHONDA A. HUNT |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   **By ECF:**
Patrick S Layng, U.S. Trustee, 219 S. Dearborn, Chicago, IL 60604
David M. Siegel, 790 Chaddick Drive, Wheeling, IL 60090
   **By US Mail:**
Anthony D. Scott, 10 E. Zarley Blvd. Apt 1, Joliet, IL 60433

**PLEASE TAKE NOTICE** that on the 27th day of March, 2020, at 9:15 a.m., I shall appear before the Honorable Judge LaShonda A. Hunt or any Judge sitting in her stead, Joliet City Hall, 150 West Jefferson Street, 2nd floor, Joliet, Illinois and shall then and there present the attached **TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL,** at which time you may appear if you so desire.

    */s/ Peter N. Metrou*
    **Bankruptcy Trustee**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Trustee's Motion to Employ Special Counsel upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 18th day of March, 2020, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

    */s/ Peter N. Metrou*
    **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-31333 |
| | ) | CHAPTER 7 |
| ANOTHONY D. SCOTT | ) | |
| Debtor(s). | ) | JUDGE LASHONDA A. HUNT |
| | ) | (Joliet) |

### TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL

Peter N. Metrou, Trustee for the Bankruptcy Estate of Anthony D. Scott, pursuant to the applicable provisions of the Bankruptcy Code, Title 11 U.S.C., states the following as his Motion to Employ Special Counsel ("Motion")**:**

1. This case was commenced by the Debtor's voluntary filing of a petition for relief under Chapter 7 of the Bankruptcy Code on November 4, 2010. Peter N. Metrou was appointed to serve as Trustee in the case.

2. Debtor's first meeting of creditors was on December 3, 2019. At that time, Debtor testified he had a potential personal injury claim.

3. Pursuant to §541(a) of the Bankruptcy Code, the Debtor's interest in the personal injury claim constitutes property of the estate, which the Trustee is entitled to administer for the benefit of creditors of this case.

4. Therefore, any recovery from the personal injury claim would be property of the bankruptcy estate and would result in a distribution to Debtor's creditors.

5. Prior to the filing of this bankruptcy case, Debtor consulted with Rogelio Garcia and the law firm of McCready Law., (collectively referred to as "McCready"), employing them as their attorney, on a thirty-three and a third percent (33.33%) contingency fee basis plus costs for the personal injury claim.

6.        The Trustee has consulted with McCready and seeks to employ Rogelio Garcia and the firm McCready Law as Special Counsel to the bankruptcy estate to resolve the personal injury claim on a thirty-three and a third percent (33.33%) contingency fee basis plus reasonable costs, to be approved by this Court.

7.        Section 327(e) of the Bankruptcy Code specifically authorizes the employment as special counsel of an attorney if it would be in the best interest of the estate and if the attorney does not represent or hold any interest adverse to the debtor or to the estate in regard to the matter on which he is sought to be employed.

8.        On information and belief, McCready does not represent or hold any interest adverse to the Debtor, the Trustee, or the bankruptcy estate on the matter on which they are to be employed, and it is in the best interest of the estate to employ McCready as special counsel. In support of this Motion, and pursuant to Rule 2014, the Affidavit of Regelio Garcia is attached hereto and made a part hereof as Exhibit A.

10.        The confirmation of employment of said attorney is requested for the following legal services:

A.        To advise and consult with petitioner upon the status of said personal injury claim;
B.        To advise and consult with petitioner regarding the aforesaid personal injury claim;
C.        To prepare motions, petitions and applications and appear before the Court regarding such matters set forth in said petitions and seek relief in accordance with said petitions, together with preparations of necessary orders that may be necessary.

WHEREFORE, Peter N. Metrou, not individually, but as Trustee for the Bankruptcy Estate of Anthony D. Scott respectfully requests that the Court enter an order substantially in the form attached hereto**,** (i) granting this Motion**;** (ii) approving the retention of Rogelio Garcia and the law firm of McCready Law as Special Counsel for the Trustee upon those terms and

3

conditions stated herein; and (iii) granting the Trustee such other and further relief as this Court may deem just and proper.

                                        */s/ Peter N. Metrou*
                                        **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171