# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-31333 |
| | ) | CHAPTER 7 |
| ANTHONY D. SCOTT, | ) | |
| | ) | |
| Debtor(s). | ) | JUDGE LASHONDA A. HUNT |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:   Attached Service List

**PLEASE TAKE NOTICE** that on the 11th day of September, 2020, at 9:15 a.m., I shall appear telephonically before the Honorable Judge LaShonda A. Hunt, and shall then and there present the attached **TRUSTEE'S MOTION TO ABANDON PROPERTY OF THE ESTATE AND SHORTEN NOTICE,** at which time you may appear if you so desire.

**This Motion will be presented and heard telephonically using AT&T Teleconference.   No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information – Toll Free Number 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.**

                                        _/s/ Peter N. Metrou_
                                        **Bankruptcy Trustee**


Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-31333 |
| | ) | CHAPTER 7 |
| ANTHONY D. SCOTT, | ) | |
| | ) | |
| Debtor(s). | ) | JUDGE LASHONDA A. HUNT |
| | ) | (Joliet) |

## TRUSTEE'S MOTION TO ABANDON PROPERTY OF ESTATE AND SHORTEN NOTICE

Peter N. Metrou, Trustee for the Bankruptcy Estate of Anthony D. Scott, pursuant to the applicable provisions of the Bankruptcy Code, Title 11 U.S.C., states the following as his Motion to Abandon Property of the Estate and Shorten Notice ("Motion"):

1. This case was commenced by the Debtor's voluntary filing of a petition for relief under Chapter 7 of the Bankruptcy Code on November 4, 2019.

2. Peter N. Metrou was appointed to serve as Trustee in this case, has qualified and has been acting as such.

3. Debtors' schedule B reported a pending personal injury action on behalf of Of Debtor regarding injuries resulting from an automobile accident with Lira's Trucking Company ("PI Case").

4. Pursuant to §541(a) of the Bankruptcy Code, the Debtor's interest in the pending personal actions constitute property of the estate, which the Trustee is entitled to administer for the benefit of creditors of this case.

5. Based on Trustee's review of the facts regarding the PI Case and the information provided by special counsel employed in this case regarding the likelihood of recovery, the likelihood of insurance coverage of the at fault driver, presented by the attorney hired by the

Debtor pre-petition, the Trustee has determined that pursuing the action is not equitable to the estate.

6.      Section 554(a) of the Bankruptcy Code provides that "after notice and a hearing, the Trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and of benefit to the estate."

7.      The Trustee has served a copy of this motion on the Debtor, Debtor's attorney, all creditors, all interested parties and counsel for the United States Trustee.

WHEREFORE, Peter N. Metrou, not individually, but as Trustee for the Bankruptcy Estate of Anthony D. Scott, respectfully requests that the court enter order a) allowing Trustee to abandon any and all interest in the personal injury action resulting from an automobile accident with Larry Trucking Company; and (b) granting the Trustee such other and further relief as this Court may deem just and proper.

                                                  */s/ Peter N. Metrou*
                                                  **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-31333 |
| | ) | CHAPTER 7 |
| ANTHONY D. SCOTT, | ) | |
| | ) | |
| Debtor(s). | ) | JUDGE LASHONDA A. HUNT |
| | ) | (Joliet) |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Trustee's Motion to Abandon Property of the Estate upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 7th day of September, 2020, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                      */s/ Peter N. Metrou*
                                                                      **Bankruptcy Trustee**

**To: See Service List**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent via First-Class Mail**

Anthony D. Scott
10 E. Zarley Blvd., Apt. 14
Joliet, IL 60433-2986

Brent Davis
317 Fairfield Dr.
Joliet, IL 60435

City Of Joliet Parking Tickets
Legal Department
PO Box 5001
Joliet, IL 60434-5001

Comcast
Bankruptcy Department
PO Box 1931
Burlingame, CA 94011-1931

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Credit Managment LP
4200 International Pkwy
Carrollton, TX 75007-1912

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090-6005

Office of the Secretary of State
Saftey & Financial Responsibility S
2701 South Dirkson Parkway
Springfield, IL 62723-1000

Taleasha Davis
317 Fairfield Dr.
Joliet, IL 60435

State Farm Insurance Bank
PO Box 2326
Bloomington, IL 61702-2326

**Sent Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027