UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-31333 |
|---|---|---|
| ANTHONY D. SCOTT, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | Joliet |
| Debtor(s) | ) | |

### ORDER ALLOWING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion to Abandon Property of the Estate with proper and adequate notice of the Motion and the hearing thereon has been given, no objection to the Motion having been filed or otherwise made to the Court, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. Any and all interests of the Trustee or the Estate in the personal injury action resulting from an automobile accident with Lira's Trucking Company are hereby abandoned.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 11, 2020

**Prepared by:**

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543